# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RICARDO IBARRA, and individual,

           Plaintiff,

v.

GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,

           Defendants.

Case No.  2:26-cv-01482-TLN-SCR

Judge: Hon. Troy L. Nunley

**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**

# ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of San Joaquin.

IT IS SO ORDERED.

DATED: May 26, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT
CASE NO.: 2:26-CV-01482-TLN-SCR